# United States District Court
# Central District of California
# Eastern Division

| | |
|---|---|
| Dorian Daniel et al., <br><br> Plaintiffs, <br><br> v. <br><br> Synchrony Bank, Inc., <br><br> Defendant. | EDCV 15-1549-VAP (DTBx) <br><br> **Order to Show Cause For Failure to Prosecute** |

      On July 31, 2015, Plaintiff filed the Complaint in this action. (Doc. No. 1.) On August 13, 2015, Defendant Synchrony Bank, Inc. filed a waiver of service. (Doc. No. 9.) Defendant's Answer was due on October 13, 2015. (<u>Id.</u>) Parties stipulated to extend the time required to answer the complaint until November 12, 2015. (Doc. No. 10.) Defendant filed a motion to dismiss on November 12, 2015. (Doc. No. 11.) Plaintiff filed a First Amended Complaint on November 25, 2015 (Doc. No. 12) and Defendant withdrew its motion on December 9, 2015. (Doc. No. 12.) To date, Defendant has not yet answered the Complaint. Plaintiff has not filed a request to enter default against Defendant.

Accordingly, the Court ORDERS Plaintiff to show cause in writing, not later than February 15, 2016, why this action should not be dismissed for failure to prosecute. Plaintiff may respond to this Order by filing a request to enter Defendant's default or filing a notice of settlement. Failure to file a timely response to this Order to Show Cause will result in the dismissal of this action.

**IT IS SO ORDERED.**

Dated:     2/2/16

Virginia A. Phillips
United States District Judge