1  L. Paul Mankin (SBN 264038)
2  The Law Office of L. Paul Mankin IV
3  8730 Wilshire Blvd., Suite 310
   Beverly Hills, CA 90211
4  Phone: 800-219-3577
   Fax: 323-207-3885
5  pmankin@paulmankin.com
6  Attorney for Plaintiff

7

8                    **UNITED STATES DISTRICT COURT**

9
                     **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | **DORIAN DANIEL,**                         | ) Case No. 5:15-cv-01549-VAP-DTB |
12 |                                            | )                                |
   |     Plaintiff,                             | ) **NOTICE OF SETTLEMENT**       |
13 |                                            | )                                |
14 |     vs.                                    | )                                |
   |                                            | )                                |
15 | **SYNCHRONY BANK, INC.; and**              | )                                |
16 | **DOES 1 through 10, inclusive,**          | )                                |
   |                                            | )                                |
17 |     Defendant.                             | )                                |
18 | _____          | )                                |

19

20

21      NOW COMES THE PLAINTIFF by and through her attorney to respectfully

22 notify this Honorable Court that this case has settled. Plaintiff requests that this

23
   Honorable Court allow sixty (60) days with which to file dispositive documentation.  A
24
   Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until
25

26 fully resolved.

27

28

                              Notice of Settlement - 1

1    Respectfully submitted this 8th day of February 2016.

2
                    By: /s/L. Paul Mankin
3                       L. Paul Mankin
                        The Law Office of L. Paul Mankin IV
4                       Attorney for Plaintiff

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Filed electronically on this 8th day of February 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Virginia A. Philips
United States District Court
Central District of California

Veronica Kuiumdjian, Esq.
REED SMITH LLP
Attorney for Defendant

This 8th day of February 2016

/s/L. Paul Mankin
L. Paul Mankin