# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 5:15-cv-01549-VAP(DTBx)　　　　　　Date February 9, 2016

Title: Dorian Daniel, et al. -v- Synchrony Bank, Inc.

Present: The Honorable VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Wendy Rogers | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　　　Attorneys Present for Defendants:

　　　　None　　　　　　　　　　　　　　　　　　None

Proceedings:　☐ In Court　　☒ In Chambers　　☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☒ Case settled but may be reopened if settlement is not consummated within  60  days. Make JS-6.

☒ Other  Notice of Settlement filed on February 8, 2016 [Doc. No. 15].

☐ Entered _____.

Initials of Preparer　　wr